UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREDERICK J. BOGANS,**

Plaintiff,

v.  Case No: 8:09-CV-682-T-27EAJ

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation ("R&R") submitted by United States Magistrate Judge Elizabeth A. Jenkins (Dkt. 17) recommending that the decision of the Defendant Commissioner denying Plaintiff's application for Social Security disability benefits be affirmed. Neither party filed objections.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) The decision of the Defendant Commissioner is affirmed.

3) The Clerk is directed to enter judgment in favor of the Defendant Commissioner.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 22nd day of July, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff; Counsel of Record